IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16CR103 |
| vs. | |
| APRIL VENTURA-SERAFIN, | JUDGMENT |
| Defendant. | |

Pursuant to the Memorandum and Order entered today, May 1st, 2018, judgment is entered in favor of plaintiff United States of America and against defendant April Ventura-Serafin.

Dated this 1st day of May, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge