IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16CR103 |
| v. | |
| APRIL VENTURA-SERAFIN, | ORDER |
| Defendant. | |

Defendant April Ventura-Serafin ("Ventura-Serafin") submitted a pro se Motion for Compassionate Release (Filing No. 76), filed on March 26, 2021. The Court found Ventura-Serafin potentially raised a colorable claim under 18 U.S.C. § 3582(c)(1)(A) and appointed the Federal Public Defender for the District of Nebraska to represent her for the purpose of determining whether there are "extraordinary and compelling reasons" to reduce her sentence.

The Court also ordered the U.S. Probation and Pretrial Services Office to conduct an investigation and submit a report addressing Ventura-Serafin's request for relief. The Probation Office submitted that report on May 12, 2021, and counsel for Ventura-Serafin and the government were ordered to submit simultaneous briefing within ten days of the filing of the Probation Office's report. Counsel for the government timely submitted its brief on May 20, 2021. All briefing was due on May 22, 2021.

On June 4, 2021, counsel for Ventura-Serafin first contacted the Courtroom Deputy (and not chambers) by email, informally requesting an extension to file a brief by June 9, 2021. The Courtroom Deputy, on direction from the undersigned, informed counsel by email that she needed to file a formal motion to continue with the Court, which the Court assumed would set forth the reasons for the extension. Counsel did not respond to the Courtroom Deputy nor did she file a motion. To make matters worse, the extended date

she had informally requested (June 9, 2021) has now passed and no brief has been submitted.

Accordingly, counsel for Ventura-Serafin shall have until June 15, 2021, to explain to the Court why she did not comply with the Court's Orders or direction, and her brief in support of the Motion for Compassionate Release shall be filed no later than June 17, 2021.

IT IS SO ORDERED.

Dated this 11th day of June 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge